■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS DELUCIA, Appellant. [18 NYS3d 330]—Judgment of resentence, Supreme Court, New York County (Lewis Bart Stone, J.), rendered August 23, 2012, resentencing defendant, as a second felony offender, to an aggregate term of 25 years to life, and imposing an aggregate term of five years' postrelease supervision as to certain convictions, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Tom, J.P., Renwick, Andrias, Moskowitz and Manzanet-Daniels, JJ.